ORIGINAL
E-FILING
ADR
PVT

1  KURT OSENBAUGH (State Bar No. 106132)
   DEBORAH YOON JONES (State Bar No. 178127)
2  MacKENZIE E. HUNT (State Bar No. 251127)
   **WESTON, BENSHOOF, ROCHEFORT,**
3  **RUBALCAVA & MacCUISH LLP**
   333 South Hope Street
4  Sixteenth Floor
   Los Angeles, California 90071
5  Telephone: (213) 576-1000
   Facsimile: (213) 576-1100
6
   Attorneys for Defendant
7  BP WEST COAST PRODUCTS LLC

Filed
MAY 3 0 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

C08 02725

| | |
|---|---|
| OMER KASSA individually; OMER KASSA dba H & O, INC., and H & O, INC., <br><br> Plaintiffs, <br><br> v. <br><br> BP WEST COAST PRODUCTS, LLC, dba ARCO PRODUCTS COMPANY and DOES 1 to 50, <br><br> Defendants. | Case No. <br><br> **NOTICE OF INTERESTED PARTIES** <br><br> [Filed concurrently with Notice of Removal of Action Under 28 U.S.C. § 1441(b) (Federal Question Jurisdiction); Declaration of MacKenzie E. Hunt in Support of Removal; Appendix of Non-Federal Authorities in Support of Removal; Appendix of State Court Pleadings and Papers; and Certificate of Service.] <br><br> Filing Date:        March 12, 2008 <br> Complaint Served:   March 20, 2008 <br> FAC Served:         May 14, 2008 <br> Sup. Ct. Case No:   108CV107979 |

1192514.1

NOTICE OF INTERESTED PARTIES

The undersigned, counsel of record for plaintiff BP West Coast Products LLC certifies that the following listed parties have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

## LIST OF PARTIES

| | |
|---|---|
| Omer Kassa | Plaintiff |
| H & O, Incorporated | Plaintiff |
| BP West Coast Products LLC | Defendant |

DATED: May 29, 2008

Respectfully submitted,

KURT OSENBAUGH
DEBORAH YOON JONES
MacKENZIE E. HUNT
**WESTON, BENSHOOF, ROCHEFORT, RUBALCAVA & MacCUISH LLP**

_____
Deborah Yoon Jones
Attorneys for Defendant
BP WEST COAST PRODUCTS LLC

# PROOF OF SERVICE

I, Heather Thai, declare:

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Weston, Benshoof, Rochefort, Rubalcava & MacCuish LLP, 333 South Hope Street, Sixteenth Floor, Los Angeles, CA 90071. I am over the age of eighteen years and not a party to the action in which this service is made.

On May 30, 2008, I served the document(s) described as **NOTICE OF INTERESTED PARTIES** on the interested parties in this action by enclosing the document(s) in a sealed envelope addressed as follows: SEE ATTACHED SERVICE LIST

☐  BY MAIL: I am "readily familiar" with this firm's practice for the collection and the processing of correspondence for mailing with the United States Postal Service. In the ordinary course of business, the correspondence would be deposited with the United States Postal Service at 333 South Hope Street, Los Angeles, California 90071 with postage thereon fully prepaid the same day on which the correspondence was placed for collection and mailing at the firm. Following ordinary business practices, I placed for collection and mailing with the United States Postal Service such envelope at Weston, Benshoof, Rochefort, Rubalcava & MacCuish LLP, 333 South Hope Street, Los Angeles, California 90071.

☒  BY FEDERAL EXPRESS   ☐ UPS NEXT DAY AIR   ☐ OVERNIGHT DELIVERY: I deposited such envelope in a facility regularly maintained by ☒ FEDERAL EXPRESS  ☐ UPS  ☐ Overnight Delivery [specify name of service: ] with delivery fees fully provided for or delivered the envelope to a courier or driver of  ☒ FEDERAL EXPRESS  ☐ UPS  ☐ OVERNIGHT DELIVERY [specify name of service:] authorized to receive documents at Weston, Benshoof, Rochefort, Rubalcava & MacCuish LLP, 333 South Hope Street, Los Angeles, California 90071 with delivery fees fully provided for.

☐  BY FACSIMILE: I telecopied a copy of said document(s) to the following addressee(s) at the following number(s) in accordance with the written confirmation of counsel in this action.

☐  BY ELECTRONIC MAIL TRANSMISSION WITH ATTACHMENT: On this date, I transmitted the above-mentioned document by electronic mail transmission with attachment to the parties at the electronic mail transmission address set forth on the attached service list.

☐  [State]   I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒  [Federal]   I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 30, 2008, at Los Angeles, California.

*Heather Thai*
Heather Thai

1192514.1

**KASSA, et al. v. BP WEST COAST PRODUCTS LLC**
**SANTA CLARA SUPERIOR COURT**
**Case No. 108CV107979**

### SERVICE LIST

George Holland, Esq.
LAW OFFICES OF GEORGE HOLLAND
1970 Broadway, Suite 1030
Oakland, CA 94612

Attorney for Plaintiffs, OMER KASSA, OMER KASSA dba H & O, INC. and H & O, INC.

Tel: (510) 465-4100
Fax: (510) 465-4747

1192514.1