1   KURT OSENBAUGH (State Bar No. 106132)
    DEBORAH YOON JONES (State Bar No. 178127)
2   MacKENZIE E. HUNT (State Bar No. 251127)
    **WESTON, BENSHOOF, ROCHEFORT,**
3     **RUBALCAVA & MacCUISH LLP**
    333 South Hope Street
4   Sixteenth Floor
    Los Angeles, California  90071
5   Telephone:  (213) 576-1000
    Facsimile:  (213) 576-1100
6
    Attorneys for Defendant
7   BP WEST COAST PRODUCTS LLC

8

9                   **UNITED STATES DISTRICT COURT**

10                **NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 11   OMER KASSA individually; OMER KASSA dba H & O, INC., and H & O, 12   INC., | Case No:  C08-02725 PVT |
| 13                  Plaintiffs, | **[PROPOSED] ORDER GRANTING DEFENDANT BP WEST COAST PRODUCT LLC'S MOTION TO DISMISS** |
| 14      v. | [Filed concurrently with Notice of Motion and Motion to Dismiss; |
| 15   BP WEST COAST PRODUCTS, LLC, dba ARCO PRODUCTS COMPANY and 16   DOES 1 to 50, | Declaration of Deborah Yoon Jones in Support Thereof; and Appendix of Non-Federal Authorities.] |
| 17                  Defendants. | Date:  To Be Determined |
| 18 | Time:  To Be Determined |
| | Crtrm: To Be Determined |
| 19 | |
| 20 |     Magistrate Judge Patricia V. Trumbull |

21

22

23

24

25

26

27

28

1198911.1                              [PROPOSED] ORDER GRANTING MOTION TO DISMISS

The Motion to Dismiss of Defendant BP West Coast Products LLC ("BPWCP") as to the First Amended Complaint of Plaintiff Omer Kassa (representing himself and H&O, Inc., collectively, "Kassa") came on regularly for hearing on _____, 2008, the Honorable Magistrate Judge Patricia V. Trumbull presiding.

After considering the papers submitted in support of and in opposition to BPWCP's Motion and the evidence contained therein, and having heard the argument of counsel thereon, and for good cause shown,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

(1)    Kassa's claim for breach of contract against BPWCP is barred as a matter of law;

(2)    Kassa's claim for conversion against BPWCP is barred as a matter of law;

(3)    Kassa's claim for fraud and deceit against BPWCP is barred as a matter of law;

(4)    Kassa's claim for breach of the implied covenant of good faith and fair dealing against BPWCP is barred as a matter of law;

(5)    Kassa's claim for negligent misrepresentation against BPWCP is barred as a matter of law;

(6)    Kassa's claim for negligence against BPWCP is barred as a matter of law;

(7)    Kassa's claim for negligent hiring and supervision against BPWCP is barred as a matter of law;

(8)    Kassa's claim for intentional infliction of emotional distress against BPWCP is barred as a matter of law;

(9)    Kassa's claim for temporary restraining order, preliminary injunction and permanent injunction against BPWCP is barred as a matter of law;

1198911.1
[PROPOSED] ORDER GRANTING MOTION TO DISMISS

(10)   Kassa's claim for conspiracy against BPWCP is barred as a matter of law;

(11)   Kassa's claim for unfair and deceptive business practices against BPWCP is barred as a matter of law;

(12)   Kassa's claim for unfair business practices pursuant to California Business and Professions Code § 21200 against BPWCP is barred as a matter of law;

(13)   Kassa's claim for violations of the Unruh Civil Rights Act, Civil Code §§ 51 and 52 against BPWCP is barred as a matter of law;

(14)   Kassa's claim for violations of the Petroleum Marketing Practices Act, 15 U.S.C. §§ 2801, et. seq. against BPWCP is barred as a matter of law; and

(15)   The Motion to Dismiss is hereby granted, in its entirety, without leave to amend.

Therefore, IT IS SO ORDERED that BPWCP's Motion to Dismiss is granted, in its entirety.

DATED: _____, 2008.

MAGISTRATE JUDGE PATRICIA V. TRUMBULL
UNITED STATES DISTRICT COURT

DATED: June 6, 2008             Respectfully submitted,

KURT OSENBAUGH
DEBORAH YOON JONES
MacKENZIE E. HUNT
**WESTON, BENSHOOF, ROCHEFORT,
RUBALCAVA & MacCUISH LLP**

Deborah Yoon Jones
Attorneys for Defendant
BP WEST COAST PRODUCTS LLC

2
[PROPOSED] ORDER GRANTING MOTION TO DISMISS

1198911.1

**PROOF OF SERVICE**

I, Heather Thai, declare:

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Weston, Benshoof, Rochefort, Rubalcava & MacCuish LLP, 333 South Hope Street, Sixteenth Floor, Los Angeles, CA 90071. I am over the age of eighteen years and not a party to the action in which this service is made.

On June 6, 2008, I served the document(s) described as **[PROPOSED] ORDER GRANTING DEFENDANT BP WEST COAST PRODUCT LLC'S MOTION TO DISMISS** on the interested parties in this action by enclosing the document(s) in a sealed envelope addressed as follows: SEE ATTACHED SERVICE LIST

☒ BY MAIL: I am "readily familiar" with this firm's practice for the collection and the processing of correspondence for mailing with the United States Postal Service. In the ordinary course of business, the correspondence would be deposited with the United States Postal Service at 333 South Hope Street, Los Angeles, California 90071 with postage thereon fully prepaid the same day on which the correspondence was placed for collection and mailing at the firm. Following ordinary business practices, I placed for collection and mailing with the United States Postal Service such envelope at Weston, Benshoof, Rochefort, Rubalcava & MacCuish LLP, 333 South Hope Street, Los Angeles, California 90071.

☐ BY FEDERAL EXPRESS   ☐ UPS NEXT DAY AIR   ☐ OVERNIGHT DELIVERY: I deposited such envelope in a facility regularly maintained by ☐ FEDERAL EXPRESS   ☐ UPS   ☐ Overnight Delivery [specify name of service: ] with delivery fees fully provided for or delivered the envelope to a courier or driver of   ☐ FEDERAL EXPRESS   ☐ UPS   ☐ OVERNIGHT DELIVERY [specify name of service:] authorized to receive documents at Weston, Benshoof, Rochefort, Rubalcava & MacCuish LLP, 333 South Hope Street, Los Angeles, California 90071 with delivery fees fully provided for.

☐ BY FACSIMILE: I telecopied a copy of said document(s) to the following addressee(s) at the following number(s) in accordance with the written confirmation of counsel in this action.

☐ BY ELECTRONIC MAIL TRANSMISSION WITH ATTACHMENT: On this date, I transmitted the above-mentioned document by electronic mail transmission with attachment to the parties at the electronic mail transmission address set forth on the attached service list.

☐ [State]   I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ [Federal]   I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 6, 2008, at Los Angeles, California.

_Heather Thai_
Heather Thai

1198911.1

**KASSA, et al. v. BP WEST COAST PRODUCTS LLC**
**United States District Court, Northern District of California**
**Case No. C08-02725 PVT**

## SERVICE LIST

George Holland, Esq.
LAW OFFICES OF GEORGE HOLLAND
1970 Broadway, Suite 1030
Oakland, CA  94612

Attorney for Plaintiffs, OMER KASSA,
OMER KASSA dba H & O, INC. and H
& O, INC.

Tel:  (510) 465-4100
Fax:  (510) 465-4747

1198911.1