UNITED STATES DISTRICT COURT
Northern District of California
280 South First Street
San Jose, California 95113
_____
www.cand.uscourts.gov

| Richard W. Wieking | General Court Number |
|---|---|
| Clerk | 408.535.5364 |

### June 9, 2008

**CASE NUMBER:  CV 08-02725 PVT**
**CASE TITLE:  OMER KASSA, ET AL-v-BP WEST C OAST PRODUCTS, LLC,**

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Jose** division.  **Case reassigned to the Honorable Ronald M. Whyte** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **RMW** immediately after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 06/06/08

FOR THE EXECUTIVE COMMITTEE:

_____
            Richard W. Wieking
                   Clerk

NEW CASE FILE CLERK:

| Copies to: Courtroom Deputies | Special Projects |
|---|---|
| Log Book Noted | Entered in Computer 06/09/08 tsh |

CASE SYSTEMS ADMINISTRATOR:

| Copies to:  All Counsel | Transferor CSA |
|---|---|