IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMER KASSA, et al.,<br><br>    Plaintiff,<br><br>  v.<br><br>BP WEST COAST PRODUCTS, LLC., et al.,<br><br>    Defendant. | *__E-FILED - 6/10/08__*<br><br>CASE NO.: C-08-02725-RMW<br><br>**CLERK'S NOTICE**<br><br>**NEW DATE: AUGUST 8, 2008**<br><br>**TIME: 9:00 AM** |

    PLEASE TAKE NOTICE that, on the court's own motion, **DEFENDANT'S MOTION TO DISMISS THE FIRST AMENDED COMPLAINT,** noticed before Magistrate Judge Trumbull, has been calendared to the date and time set forth above. The parties are to appear before the Honorable Ronald M. Whyte in courtroom #6, 4th floor of the U.S. Courthouse, 280 South First Street, San Jose, California, unless notified that the matter will be submitted without argument.

    If any hearing date is moved by the court's own motion, papers must still be filed in accordance with the originally noticed date and the Local Rules of this court absent a court order setting a new briefing schedule.

    The moving party shall give written notice to counsel for all parties of the new date of the hearing after receipt of this notice. Following service, the moving party shall file a certificate of service with the Clerk of the Court.

DATED: June 10, 2008

                                         BY: */s/ **Jackie Garcia***
                                               JACKIE GARCIA
                                             Courtroom Deputy for
                                             Honorable Ronald M. Whyte

1 | Copy of Order E-Filed to Counsel of Record: