UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

CIVIL MINUTES

DATE: August 8, 2008

Case No. C-08-02725-RMW    JUDGE: Ronald M. Whyte

OMER KASSA, et al.    -V- BP WEST COAST PRODUCTS, et al.
Title

G. Holland                                          M. Hunt, K. Osenbaugh
Attorneys Present (Plaintiff)           Attorneys Present (Defendant)

COURT CLERK: Jackie Garcia        COURT REPORTER: Peter Torreano

PROCEEDINGS

DEFENDANT'S MOTION TO DISMISS FIRST AMENDED COMPLAINT

ORDER AFTER HEARING

Hearing Held. The Court heard oral argument from counsel. The Court's tentative ruling is to deny claims 1, 2, 8 (as to Mr. Kassa) and 11. With respect to claims 3, 4, 5, 6, 7, and 10, the motion is granted. With respect to claims 8 (as to H & O, Inc.) and 9, the motion is granted with prejudice. The Court to issue a final ruling to the parties. The matter is deemed submitted.