# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Kassa,<br><br>            Plaintiff(s),<br><br>    v.<br><br>BP West Coast Products, LLC,<br><br>            Defendant(s). | 08-02725 RMW<br><br>**NOTICE RE: NONCOMPLIANCE WITH COURT ORDER** |

The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order.  Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter.  Thereafter, counsel, on behalf of themselves and each party, promptly shall file an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)).  (These forms are available at www.adr.cand.uscourts.gov.)

Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,

**Notice Re: Noncompliance With Court Order**
08-02725 RMW                                                -1-

1  450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment
2  to an e-mail directed to adr@cand.uscourts.gov.

4      It is the responsibility of counsel to schedule an ADR Phone Conference, if
5  required, to occur <u>before</u> the Case Management Conference.

8  Dated: September 4, 2008

                RICHARD W. WIEKING
                Clerk
                by:    Lisa M. Salvetti

*/s/ Lisa M. Salvetti*
_____
ADR Administrative Assistant
415-522-2032
lisa_salvetti@cand.uscourts.gov

**United States District Court**
**Northern District of California**

**Notice Re: Noncompliance With Court Order**
08-02725 RMW           -2-

**PROOF OF SERVICE**

Case Name:      Kassa v. BP West Coast Products, LLC

Case Number:    08-02725 RMW

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California. I am over the age of eighteen (18) years and not a party to the action. My business address is:

> ADR Program
> United States District Court
> Norther District of California
> 450 Golden Gate Avenue Floor 16
> San Francisco, CA 94102

On September 4, 2008, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

> George Holland Sr.
> Law Offices of George Holland
> 1970 Broadway
> Suite 1030
> Oakland, CA 94612
> georgehollandattorney@yahoo.com
>
> Kurt Vandercook Osenbaugh
> Weston Benshoof Rochefort Rubalcava MacCuish LLP
> 333 S. Hope Street
> 16th Floor
> Los Angeles, CA 90071
> kosenbaugh@wbcounsel.com
>
> Deborah Yoon Jones
> Weston Benshoof Rochefort Rubalcava MacCuish LLP
> 333 S. Hope Street
> 16th Floor
> Los Angeles, CA 90071
> djones@wbcounsel.com

MacKenzie Elizabeth Brigh Hunt
Weston, Benshoof, Rochefort, et al.
333 S. Hope Street
16th Floor
Los Angeles, CA 90071
mhunt@wbcounsel.com

[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:
[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on September 4, 2008 in San Francisco, California.

RICHARD W. WIEKING
Clerk
by:    Lisa M. Salvetti

*[signature]*

ADR Administrative Assistant
415-522-2032
lisa_salvetti@cand.uscourts.gov