*E-FILED - 4/20/09*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMER KASSA individually; OMER KASSA dba H & O, INC., and H & O, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>BP WEST COAST PRODUCTS, LLC, dba ARCO PRODUCTS COMPANY and DOES 1 to 50,<br><br>Defendants. | Case No: C08-02725 RMW<br><br>[~~XXXXXXXX~~PROPOSED] ORDER TO CONTINUE DEADLINE FOR INITIAL EXCHANGE OF EXPERT WITNESS REPORTS AND DESIGNATION OF REBUTTAL WITNESSES<br><br>Judge Ronald M. Whyte<br>Courtroom 6 |
| AND RELATED COUNTERCLAIM | |

[~~PROPOSED~~] ORDER TO CONTINUE
DEADLINE FOR INITIAL EXCHANGE OF EXPERT WITNESS
REPORTS AND DESIGNATION OF REBUTTAL WITNESSES

1197635.1LEGAL02/31273679v1

After considering the papers submitted in support of the Joint Stipulation to Continue Deadline for Initial Exchange of Expert Witness Reports and Designation of Rebuttal Witnesses, for good cause shown,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

(1) The Parties shall initially disclose the identity of their respective expert witnesses on April 20, 2009;

(2) The Parties shall exchange their respective expert witnesses' reports on June 1, 2009; and

(3) The Parties will designate their rebuttal expert witness on June 15, 2009.

IT IS SO ORDERED.

DATED: _____

_____
Honorable Ronald M. Whyte
Judge of the United States District Court

DATED: April 17, 2009         Respectfully submitted,

KURT OSENBAUGH
DEBORAH YOON JONES
MacKENZIE BRIGHT HUNT
**ALSTON & BIRD LLP**

_____
/s/ MacKenzie Bright Hunt
MacKenzie Bright Hunt
Attorneys for Defendant and Counter Claimant
BP WEST COAST PRODUCTS LLC

1

[PROPOSED] ORDER TO CONTINUE DEADLINE FOR INITIAL EXCHANGE OF EXPERT WITNESS REPORTS AND DESIGNATION OF REBUTTAL WITNESSES

1197635.1LEGAL02/31273679v1