*E-FILED - 4/20/09*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMER KASSA individually; OMER KASSA dba H & O, INC., and H & O, INC.,<br><br>    Plaintiffs,<br><br>v.<br><br>BP WEST COAST PRODUCTS, LLC, dba ARCO PRODUCTS COMPANY and DOES 1 to 50,<br><br>    Defendants.<br><br>AND RELATED COUNTERCLAIM | Case No: C08-02725 RMW<br><br>[~~PROPOSED~~] ORDER TO CONTINUE DEADLINE FOR INITIAL EXCHANGE OF EXPERT WITNESS REPORTS AND DESIGNATION OF REBUTTAL WITNESSES<br><br>Judge Ronald M. Whyte<br>Courtroom 6 |

[~~PROPOSED~~] ORDER TO CONTINUE
DEADLINE FOR INITIAL EXCHANGE OF EXPERT WITNESS
REPORTS AND DESIGNATION OF REBUTTAL WITNESSES

1197635.1LEGAL02/31273679v1

1   After considering the papers submitted in support of the Joint Stipulation
2   to Continue Deadline for Initial Exchange of Expert Witness Reports and Designation
3   of Rebuttal Witnesses, for good cause shown,

4   IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

5   (1)   The Parties shall initially disclose the identity of their respective
6   expert witnesses on April 20, 2009;

7   (2)   The Parties shall exchange their respective expert witnesses'
8   reports on June 1, 2009; and

9   (3)   The Parties will designate their rebuttal expert witness on June 15,
10  2009.

11  IT IS SO ORDERED.

13  DATED: 4/20/09

*Ronald M. Whyte*
Honorable Ronald M. Whyte
Judge of the United States District Court

16  DATED: April 17, 2009            Respectfully submitted,

17  KURT OSENBAUGH
    DEBORAH YOON JONES
18  MacKENZIE BRIGHT HUNT
    **ALSTON & BIRD LLP**

        /s/ MacKenzie Bright Hunt
        MacKenzie Bright Hunt
    Attorneys for Defendant and Counter Claimant
    BP WEST COAST PRODUCTS LLC

1

[PROPOSED] ORDER TO CONTINUE
DEADLINE FOR INITIAL EXCHANGE OF EXPERT WITNESS
REPORTS AND DESIGNATION OF REBUTTAL WITNESSES

1197635.1LEGAL02/31273679v1