UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| OMER KASSA, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>BP WEST COAST PRODUCTS, LLC, dba ARCO PRODUCTS COMPANY, et al.,<br><br>　　　　Defendant. | Case No.: C 08-2725 RMW (PVT)<br><br>**ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT'S MOTION FOR SANCTIONS** |

On May 22, 2009, Defendant filed a motion for monetary and terminating sanctions.[1] Plaintiff did not file any opposition. Having reviewed the moving papers submitted by Defendant, the court finds it appropriate to issue this order without oral argument. Based on the moving papers,

IT IS HEREBY ORDERED that Defendant's motion is GRANTED IN PART and DENIED IN PART.

Defendant's motion for monetary sanctions is GRANTED in the amount of $8,195.91. Such sanctions are mandated in light of Plaintiff's failure to show substantial justification for his original failure to provide discovery. *See* FED.R.CIV.PRO. 37(c)(1).

---

[1] The holding of this court is limited to the facts and the particular circumstances underlying the present motion.

ORDER, *page 1*

1  In light of the fact Plaintiff filed no opposition to the motion to compel, the court has included only
2  one hour of attorney Hunt's time incurred to draft the reply brief.  A short one or two page brief
3  noting the fact Plaintiff had neither filed nor served any opposition, and even that would not have
4  been necessary.
5      Defendant's request for terminating sanctions is DENIED.  Such drastic sanctions are not
6  warranted by a single failure to obey a court order.  Generally, terminating sanctions are not
7  appropriate until after the court has imposed lesser sanctions which have not induced compliance
8  from the recalcitrant party.  *See Computer Task Group, Inc. v. Brotby*, 364 F.3d 1112, 1116 (9th Cir.
9  2004).  In light of the information in the moving papers suggesting that Plaintiff has not been in
10 contact with his attorney, terminating sanctions are particularly inappropriate because he may have
11 no actual personal notice of the present motion.  Under the present circumstances, it appears that the
12 more appropriate motion would be a motion to dismiss for failure to prosecute.
13     IT IS FURTHER ORDERED that, in light of this order, Defendant's request to appear by
14 telephone at the hearing is MOOT.
15 Dated: *6/22/09*

PATRICIA V. TRUMBULL
United States Magistrate Judge

ORDER, *page 2*