1
2
3
4
5                                              *E-FILED - 6/23/09*
6
7
8
                    UNITED STATES DISTRICT COURT
9
                 NORTHERN DISTRICT OF CALIFORNIA
10

11  OMER KASSA individually; OMER        Case No: C08-02725 RMW(PVTx)
    KASSA dba H & O, INC., and H & O,
12  INC.,                                [~~PROPOSED~~] ORDER
                                         CONTINUING TRIAL AND ALL
13              Plaintiffs,              DATES ATTENDANT THERETO

14       v.                              [Joint Stipulation To Continue Trial
                                         And All Dates Attendant Thereto filed
15  BP WEST COAST PRODUCTS, LLC, dba     concurrently herewith.]
    ARCO PRODUCTS COMPANY and
16  DOES 1 to 50,
                                         Judge Ronald M. Whyte
17              Defendants.              Courtroom 6

18
19
20
21
22
23
24
25
26
27
28

LEGAL02/31345859v1                       [~~PROPOSED~~] ORDER CONTINUING
                                         TRIAL AND ALL DATES ATTENDANT THERETO

[PROPOSED] ORDER CONTINUING

After considering the papers submitted in support of the Joint Stipulation to Continue Trial And All Dates Attendant Thereto, and for good cause shown,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

(1) The discovery cutoff in the instant Action shall be August 1, 2009;

(2) The Parties will exchange their expert witness reports on August 1, 2009;

(3) The Parties shall designate their rebuttal expert witnesses on August 15, 2009;

(4) The expert discovery cutoff shall be August 29, 2009;

(5) The Parties shall file and serve any anticipated motions for summary judgment on or before August 12, 2009;

(4) The Parties shall file and serve any oppositions to motions for summary judgment on or before August 26, 2009;

(5) The Parties shall file any replies in support of their motions for summary judgment on or before September 2, 2009; *Last day to hear dispositive motions set for 9/18/09 @ 9:00 a.m.*

(6) The Parties shall file their joint pre-trial statement on October 30, 2009;

(7) The Parties' pre-trial conference shall occur on November 5, 2009 at 9:00 a.m.;

(8) Trial shall commence on November 16, 2009; and

/ / /
/ / /
/ / /

(9) All dates attendant to trial shall be postponed in accordance with the new trial date.

DATED: __6/23____, 2009

*Ronald M. Whyte*

Honorable Ronald M. Whyte
UNITED STATES DISTRICT COURT

DATED: June 3, 2009         Respectfully submitted,

KURT OSENBAUGH
DEBORAH YOON JONES
MacKENZIE E. HUNT
**ALSTON & BIRD LLP**


/s/ MacKenzie Bright Hunt
MacKenzie Bright Hunt
Attorneys for Defendant and Counter Claimant
BP WEST COAST PRODUCTS LLC