*E-FILED - 8/12/09*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMER KASSA individually; OMER KASSA dba H & O, INC., and H & O, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>BP WEST COAST PRODUCTS, LLC, dba ARCO PRODUCTS COMPANY and DOES 1 to 50,<br><br>Defendants. | Case No: C08-02725 RMW(PVTx)<br><br>[PROPOSED] ORDER CONTINUING TRIAL AND ALL DATES ATTENDANT THERETO<br><br>[Joint Stipulation To Continue Trial And All Dates Attendant Thereto filed concurrently herewith.]<br><br>Judge Ronald M. Whyte<br>Courtroom 6 |

| | |
|---|---|
| 1 | After considering the papers submitted in support of the Joint Stipulation |
| 2 | to Continue Trial And All Dates Attendant Thereto, and for good cause shown, |
| 3 | IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows: |
| 4 | (1) The discovery cutoff in the instant Action shall be October 16, |
| 5 | 2009; |
| 6 | (2) The Parties will exchange their expert witness reports on October |
| 7 | 16, 2009; |
| 8 | (3) The Parties shall designate their rebuttal expert witnesses on |
| 9 | October 23, 2009; |
| 10 | (4) The expert discovery cutoff shall be November 6, 2009; |
| 11 | (5) The Parties shall file and serve any anticipated motions for |
| 12 | summary judgment on or before November 6, 2009; |
| 13 | (6) The Parties shall file and serve any oppositions to motions for |
| 14 | summary judgment on or before November 20, 2009; |
| 15 | (7) The Parties shall file any replies in support of their motions for |
| 16 | summary judgment on or before December 4, 2009; |
| 17 | (8) The last day to hear dispositive motions shall be December 18, |
| 18 | 2009 at 9:00 a.m.; |
| 19 | (9) The Parties shall file their joint pre-trial statement on February 5, |
| 20 | 2010; |
| 21 | (10) The Parties' pre-trial conference shall occur on February 11, 2010 |
| 22 | at 9:00 a.m.; |
| 23 | (11) Trial shall commence on February 22, 2010; and |

(12) All dates attendant to trial shall be postponed in accordance with the new trial date.

DATED: 8/12, 2009

*Ronald M. Whyte*
Honorable Ronald M. Whyte
UNITED STATES DISTRICT COURT

DATED: July 22, 2009   Respectfully submitted,

KURT OSENBAUGH
DEBORAH YOON JONES
MacKENZIE E. HUNT
**ALSTON & BIRD LLP**


/s/ MacKenzie Bright Hunt
MacKenzie Bright Hunt
Attorneys for Defendant and Counter Claimant
BP WEST COAST PRODUCTS LLC