E-FILED on: 8/21/09

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| OMER KASSA, individually; OMER KASSA dba H & O, INC., and H & O, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>BP WEST COAST PRODUCTS, LLC, dba ARCO PRODUCTS COMPANY and DOES 1 to 50,<br><br>Defendants. | No. C-08-02725 RMW<br><br>ORDER DENYING DEFENDANT'S MOTION TO DISMISS<br><br>**[Re Docket No. 52]** |

Defendant BP West Coast Products LLC's motion to dismiss came on for hearing before the court on August 21, 2009. Plaintiff filed papers in opposition to the motion but did not appear at the hearing. Having considered the papers submitted by the parties and the arguments of defendant's counsel at oral argument, defendant's motion to dismiss is denied. Dismissal is too severe a sanction at this time.

Nevertheless, for good cause appearing, plaintiff is hereby ordered to produce all documents that have not yet been produced that are the subject of defendant's requests for production and which have been ordered to be produced by prior order of the court. These document shall be produced on or before September 8, 2009. Plaintiff shall be precluded from using any documents within this category that are not produced by that date. Plaintiff is further ordered to pay the remaining

monetary sanctions ordered by the court's June 22, 2009 Order on or before September 8, 2009. Failure to pay the monetary sanctions as so ordered will result in dismissal of this action.

DATED: 8/21/09

*Ronald M Whyte*

RONALD M. WHYTE  
United States District Judge

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiffs:**

George Holland, Sr.        georgehollandattorney@yahoo.com

**Counsel for Defendants:**

Deborah Yoon Jones         djones@wbcounsel.com
Kurt Vandercook Osenbaugh   kosenbaugh@wbcounsel.com
MacKenzie Elizabeth Bright Hunt  mhunt@wbcounsel.com

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:** 8/21/2009                              TER
                                          **Chambers of Judge Whyte**