*E-FILED - 11/16/09*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMER KASSA individually; OMER KASSA dba H & O, INC., and H & O, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>BP WEST COAST PRODUCTS, LLC, dba ARCO PRODUCTS COMPANY and DOES 1 to 50,<br><br>Defendants. | Case No: C08-02725 RMW(PVTx)<br><br>[xxxxxxxxxxxx] **ORDER CONTINUING TRIAL AND ALL DATES ATTENDANT THERETO**<br><br>[Joint Stipulation To Continue Trial And All Dates Attendant Thereto filed concurrently herewith.]<br><br>Judge Ronald M. Whyte<br>Courtroom 6 |

After considering the papers submitted in support of the Joint Stipulation to Continue Trial And All Dates Attendant Thereto, and for good cause shown,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

(1) Kassa shall submit for deposition on or before November 13, 2009;

(2) The Parties shall file and serve any anticipated motions for summary judgment on or before December 23, 2009;

(3) The Parties shall file and serve any oppositions to motions for summary judgment on or before January 6, 2010;

(4) The Parties shall file any replies in support of their motions for summary judgment on or before January 15, 2010;

(5) The Parties will exchange their expert witness reports on January 19, 2010;

(6) The last day to hear dispositive motions shall be January 29, 2010 at 9:00 a.m.;

(7) The Parties shall designate their rebuttal expert witnesses on February 2, 2010;

(8) The expert discovery cutoff shall be February 19, 2010;

(9) The Parties shall file their joint pre-trial statement on April 2, 2010;

(10) The Parties' pre-trial conference shall occur on April 8, 2010 at xxxxxxxxx 2:00 p.m.

(11) Trial shall commence on April 19, 2010; and

/ / /

/ / /

/ / /

1

XXXXXXXXX ORDER CONTINUING TRIAL AND ALL DATES ATTENDANT THERETO

(12) All dates attendant to the trial date (excluding the discovery cutoff) shall be postponed in accordance with the new trial date.

DATED: 11/16 , 2009

*Ronald M. Whyte*
Honorable Ronald M. Whyte
UNITED STATES DISTRICT COURT

DATED: October , 2009   Respectfully submitted,

KURT OSENBAUGH
DEBORAH YOON JONES
MacKENZIE E. HUNT
**ALSTON & BIRD LLP**

/s/ MacKenzie Bright Hunt
MacKenzie Bright Hunt
Attorneys for Defendant and Counter Claimant
BP WEST COAST PRODUCTS LLC