VERNON C. GOINS II (SBN 195461)
YASMIN GILANI (SBN 240830)
TAYLOR, GOINS & STALLWORTH LLP
1330 Broadway, Suite 1530
Oakland, CA 94612
Telephone: (510) 893-9465
Facsimile: (510) 893-4228
E-Mail: vgoins@thebusinesslawyers.com

*E-FILED - 12/23/09*

Attorneys for Plaintiff
OMER KASSA; OMER KASSA dba H&O, INC.;
H&O, INC.; HIRUT KASSA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| OMER KASSA, individually; OMER KASSA dba H&O, INC., and H&O, INC., <br><br>Plaintiffs, <br><br>vs. <br><br>BP WEST COAST PRODUCTS, LLC, dba ARCO PRODUCTS COMPANY and DOES 1 to 50, <br><br>Defendants. | No. C-08-02725 RMW <br><br> **REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY AND XXXXXXX ORDER THEREON** |

Plaintiffs OMER KASSA, OMER KASSA dba H&O, INC., and H&O, INC. ("Plaintiffs"), hereby request that the Court approve the substitution of Taylor, Goins & Stallworth LLP as their attorneys of record in the place and stead of the Law Offices of George Holland.

Plaintiffs consent to this substitution.

Dated: November 20, 2009

_____
OMER KASSA

REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY AND PROPOSED ORDER THEREON
Kassa et al. v. BP West Coast Products, LLC et al.
(Northern District of California Case No. C-08-02725 RMW)
- 1 -

Dated: November 20, 2009

*/s/ Omer Kassa*
OMER KASSA dba H&O, INC.

Dated: November 20, 2009

*/s/ Omer Kassa*
H&O, INC.

George Holland, on behalf of the Law Offices of George Holland, consents to this substitution.

Dated: November 13, 2009      LAW OFFICES OF GEORGE HOLLAND

*/s/ George Holland*
GEORGE HOLLAND
Present Attorney for Plaintiffs
OMER KASSA, OMER KASSA dba H&O, INC., and H&O, INC.

Taylor, Goins & Stallworth LLP, as the counsel substituting in, consent to this substitution. Attorney Vernon C. Goins II, of Taylor, Goins & Stallworth LLP, will be the new attorney of record for Plaintiffs. Mr. Goins' contact information is as follows: 1330 Broadway, Suite 1530, Oakland, California 94612; telephone number (510) 893-9465; facsimile number (510) 893-4228; e-mail address vgoins@thebusinesslawyers.com.

Dated: November 13, 2009      TAYLOR, GOINS & STALLWORTH LLP

*/s/ Vernon C. Goins II*
VERNON C. GOINS II, SBN 195461
New Attorneys for Plaintiffs
OMER KASSA, OMER KASSA dba H&O, INC., and H&O, INC.

## ORDER

The Court hereby orders that the request of Plaintiffs OMER KASSA, OMER KASSA dba H&O, INC., and H&O, INC. to substitute Vernon C. Goins (SBN 195461) of Taylor, Goins & Stallworth LLP, as attorney of record in the place and stead of George Holland, Sr. of the Law Offices of George Holland, is hereby GRANTED.

**IT IS SO ORDERED.**

Dated: December 23, 2009

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge