# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMER KASSA individually; OMER KASSA dba H & O, INC., and H & O, INC.,<br><br>    Plaintiffs,<br><br>v.<br><br>BP WEST COAST PRODUCTS, LLC, dba ARCO PRODUCTS COMPANY and DOES 1 to 50,<br><br>    Defendants.<br><br>AND RELATED COUNTERCLAIM | Case No: C08-02725 RMW(PVTx)<br><br>[XXXXXXXX] ORDER CONTINUING SUMMARY JUDGMENT MOTIONS AND MOTION TO REOPEN NON-EXPERT DISCOVERY HEARING DATES AND OTHER RELATED FILING DATES<br><br>[Joint Stipulation Re Same filed concurrently herewith.] |

| | |
|---|---|
| 1 | After considering the papers submitted in support of the Joint Stipulation |
| 2 | to Continue the Hearing Dates on BP West Coast Products LLC's ("BPWCP") |
| 3 | Motions for Summary Judgment and the Motion to Reopen Non-Expert Discovery |
| 4 | ("Motion to Reopen") filed by hearing Omer Kassa, Omer Kassa dba H&O, Inc., and |
| 5 | H&O, Inc. (collectively, "Kassa"), and for good cause shown, |

IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

(1) BPWCP's Motions for Summary Judgment will be heard on February 26 ~~xx~~ 2010, at 9:00 a.m. in the above-referenced Court;

(2) Kassa's Motion to Reopen may be heard on February 26 ~~xx~~ 2010, at 9:00 a.m. in the above-referenced Court;

(3) BPWCP shall file and serve any reply papers in support of the Motions for Summary Judgment on or before January 15, 2010; and

(4) BPWCP shall file and serve any opposition papers to the Motion to Reopen on or before January 15, 2010. *

DATED: 1/22 , 20 10 ~~xx~~

*Ronald M. Whyte*
_____
Honorable Ronald M. Whyte
UNITED STATES DISTRICT COURT

DATED: January 7, 2010        Respectfully submitted,

KURT OSENBAUGH
DEBORAH YOON JONES
MacKENZIE E. HUNT
**ALSTON & BIRD LLP**

              /s/ Deborah Yoon Jones
_____
              Deborah Yoon Jones
Attorneys for Defendant and Counter Claimant
BP WEST COAST PRODUCTS LLC

1

[ XXXXXXXX ] ORDER CONTINUING
MSJ AND MOTION TO REOPEN DISCOVERY HEARING DATES

---

**\*The Court also continues the motion hearing on cross-defendant's motion to set aside entry of default to February 26, 2010 at 9:00 a.m. The Court will be unavailable February 4, 2010 through February 19, 2010.**