KURT OSENBAUGH (State Bar No. 106132)
DEBORAH YOON JONES (State Bar No. 178127)
MacKENZIE BRIGHT HUNT (State Bar No. 251127)
**ALSTON & BIRD LLP**
333 South Hope Street
Sixteenth Floor
Los Angeles, California  90071
Telephone:  (213) 576-1000
Facsimile:  (213) 576-1100
kurt.osenbaugh@alston.com
debbie.jones@alston.com
mackenzie.hunt@alston.com

Attorneys for Defendant and Counter Claimant
BP WEST COAST PRODUCTS LLC

*E-FILED - 4/27/10*

VERNON C. GOINS II (State Bar No. 195461)
YASMIN GILANI (State Bar No. 240830)
**TAYLOR, GOINS & STALLWORTH LLP**
1330 Broadway, Suite 1530
Oakland, California 94612
Telephone: (510) 893-9465
Facsimile: (510) 893-4228
vgoins@thebusinesslawyers.com

Attorneys for Plaintiff and Counter Defendants
OMER KASSA, OMER KASSA d/b/a H&O, INC.,
and HIRUT KASSA

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMER KASSA individually; OMER KASSA dba H & O, INC., and H & O, INC.,<br><br>    Plaintiffs,<br><br>v.<br><br>BP WEST COAST PRODUCTS, LLC, dba ARCO PRODUCTS COMPANY and DOES 1 to 50,<br><br>    Defendants.<br><br>AND RELATED COUNTERCLAIM | Case No:  C08-02725 RMW (PVTx)<br><br>**JOINT STIPULATION RE DISMISSAL**<br><br>[========= Order Re Dismissal filed concurrently herewith.]<br><br>Honorable Ronald M. Whyte |

JOINT STIPULATION RE DISMISSAL

LEGAL02/31831696v1

WHEREAS, Plaintiffs and Counter Defendants Omer Kassa, Omer Kassa d/b/a H&O, Inc. and H&O, Inc. (collectively "Kassa") initiated the above-captioned action against Defendant and Counter Claimant BP West Coast Products LLC ("BPWCP") on or about March 18, 2008 (the "Action");

WHEREAS, BPWCP filed a Counter Claim against Omer Kassa, H&O, Inc. and Hirut Kassa on or about October 2, 2008;

WHEREAS, the Parties reached a settlement of the Action on March 15, 2010, the terms of which were memorialized in a written settlement agreement (the "Settlement Agreement");

NOW THEREFORE, IT IS HEREBY STIPULATED by and between the Parties, through their respective counsel of record, that the Complaint and Counter Claim in the above-caption case be and is hereby dismissed with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1).

IT IS FURTHER STIPULATED that each party to this stipulation shall bear its own costs and fees, and shall further waive any claims to costs and fees, including attorneys' fees, as set forth in the Settlement Agreement.

IT IS FURTHER STIPULATED that this Court shall retain jurisdiction over the implementation of, and disputes arising out of, the settlement of the Action.

///
///
///
///

LEGAL02/31831696v1

1  IT IS FURTHER STIPULATED that either party to the Action
2  has the right to enforce the Settlement Agreement and seek equitable relief
3  and damages.
4  IT IS SO STIPULATED.

DATED: April 9, 2010

KURT OSENBAUGH
DEBORAH YOON JONES
MacKENZIE BRIGHT HUNT
**ALSTON & BIRD LLP**


_____/S/_____ /s/ Deborah Yoon Jones
Deborah Yoon Jones
Attorneys for Defendant and Counter Claimant
BP WEST COAST PRODUCTS LLC

DATED: April 9, 2010

VERNON C. GOINS II
**TAYLOR, GOINS & STALLWORTH LLP**


_____/S/_____ /s/ Vernon C. Goins II
Vernon C. Goins II
Attorneys for Plaintiff and Counter Defendant
OMER KASSA, OMER KASSA d/b/a H&O, INC., and H&O, INC.

- 3 -

LEGAL02/31831696v1

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMER KASSA individually; OMER KASSA dba H & O, INC., and H & O, INC.,<br><br>  Plaintiffs,<br><br>v.<br><br>BP WEST COAST PRODUCTS, LLC, dba ARCO PRODUCTS COMPANY and DOES 1 to 50,<br><br>  Defendants.<br><br>AND RELATED COUNTERCLAIM | Case No: C08-02725 RMW (PVTx)<br><br>[============ **ORDER RE DISMISSAL**<br><br>**[Joint Stipulation re: same filed concurrently herewith.]**<br><br>Honorable Ronald M. Whyte<br><br>[ |

After considering the papers submitted in support of the Joint Stipulation re: Dismissal, and for good cause shown,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

(1) The Complaint and Counter Claim in the above-captioned Action is hereby dismissed with prejudice;

(2) Each party to this Action shall bear its own costs and fees, and shall further waive any claims to costs and fees, including attorneys' fees, as set forth in the Settlement Agreement;

(3) This Court shall retain jurisdiction over the implementation of, and disputes arising out of, the settlement of this Action; and

(4) Either party to the Action has the right to enforce the Settlement Agreement and seek equitable relief and damages.

DATED: 4/27 , 2010

*Ronald M. Whyte*
_____
Honorable Ronald M. Whyte
UNITED STATES DISTRICT COURT

DATED: April __, 2010          Respectfully submitted,

KURT OSENBAUGH
DEBORAH YOON JONES
MacKENZIE BRIGHT HUNT
**ALSTON & BIRD LLP**

/s/ /s/ Deborah Yoon Jones
_____
Deborah Yoon Jones
Attorneys for Defendant and Counter Claimant
BP WEST COAST PRODUCTS LLC

2

LEGAL02/31834175v1